**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 03-2291**

---

EPHRAIM U. ETOKIE,

                                        Plaintiff - Appellant,

        versus

THE DISABILITY ACTION CENTER, INCORPORATED,

                                        Defendant - Appellee.

---

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Joseph F. Anderson, Jr., Chief District Judge.  (CA-02-1701-3)

---

Submitted: January 15, 2004          Decided:  January 27, 2004

---

Before WIDENER and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Ephraim U. Etokie, Appellant Pro Se.  Herbert E. Buhl, III, Columbia, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ephraim U. Etokie appeals the district court's order accepting the recommendation of the magistrate judge granting summary judgment to his former employer in his civil action alleging discrimination under various statutes. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Etokie v. The Disability Action Ctr., Inc.</u>, No. CA-02-1701-3 (D.S.C. Sept. 15, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>